## AFFIDAVIT

To the Bankruptcy Court for the Northern District of Georgia

(Reason for not filing IRS returns)
(Case # 18-56869-LRC)

STATE OF GEORGIA
COUNTY OF FULTON

      Personally appeared before me, the undersigned attesting Officer, duly authorized by law to administer oaths, the undersigned Affiant, who being first duly sworn, and upon oath says as follows:

1. That affiant is duly authorized and empowered to make and execute this Affidavit on his own behalf.

2. I am preparing this affidavit to explain why I am not required to file income tax returns for the year(s) 2009-2017.

3. I am currently 56 years of age and have not been required to file income taxes for above years for the following reason(s): the only income I receive is from Social Security.

4. I understand that this affidavit is made to conform to the United States Bankruptcy Court regarding the requirement to file Federal Tax returns and my explanation for not having to conform to said requirement.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Name: RICHARD C. ROSHEY
Date: MAY 11, 2018